# THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBY ELKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-09-431-FHS-KEW |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On March 16, 2011, United States Magistrate Judge for this District filed Findings and Recommendations in this case affirming the decision of the ALJ. On March 24, 2011, an objection was filed by plaintiff. Plaintiff argues that the Magistrate Judge incorrectly found that she did not meet an A listing. Plaintiff also argues the Magistrate Judge did not give proper deference to Dr. Osborne's opinions. She also argues the Magistrate Judge failed to address the plaintiff's credibility and plaintiff argues the RFC assessment is incorrect because the ALJ failed to consider the plaintiff's need to use a cane. The court has reviewed the objection and overrules the objection.

This Court finds the Findings of the Magistrate Judge applied the proper standards and documents numerous references to the record which support the recommendation of the Magistrate Judge that the Commissioner's decision be **sustained.**

Upon consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate Judge be

**SUSTAINED** and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 28th day of March, 2011.

Frank H. Seay
United States District Judge