# THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

AMBY ELKINS,                      )
                                  )
            Plaintiff,            )
                                  )
     v.                           )   No. CIV-09-431-FHS-KEW
                                  )
MICHAEL J. ASTRUE,                )
Commissioner Social Security      )
Administration,                   )
                                  )
            Defendant.            )

## JUDGMENT

Pursuant to the Court's order of March 28, 2011, affirming the decision of the ALJ, wherein it was determined the plaintiff was not disabled pursuant to U.S.C. §405 (g), of the Social Security Act, 42 U.S.C. §405(g), the court enters judgment in favor of Defendant and against Plaintiff in accordance with the provisions of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of March, 2011.

Frank H. Seay
United States District Judge